UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KURELL BROWN, | |
| Plaintiff, | |
| -against- | |
| JAHNAH FERGUSON, ET AL., | |
| Defendants. | |

25-CV-9814 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated December 1, 2025, the Court directed Plaintiff, within thirty days, to pay the $405.00 in fees required to file this civil action, or to submit a completed request to proceed *in forma pauperis* ("IFP application"). That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not paid the fees or filed an IFP application. Accordingly, the complaint is dismissed without prejudice to refiling. *See* 28 U.S.C. §§ 1914, 1915.[1]

**CONCLUSION**

The complaint is dismissed, for failure to pay the filing fees or submit an IFP application, without prejudice to Plaintiff's refiling this action. *See* 28 U.S.C. §§ 1914, 1915. The Court directs the Clerk of Court to transmit a copy of this order to Plaintiff by email to Kurellbrown@gmail.com, and by mail to his non-public physical address.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf.*

---

[1] Plaintiff provided his email address (ECF 6) but did not use the court's consent to electronic service form, which provides notice that acceptance of electronic service replaces service of documents by mail.

*Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Court directs the Clerk of Court to enter judgment in this case.

SO ORDERED.

Dated:   January 20, 2026
         New York, New York

                                   ___/s/ Laura Taylor Swain___
                                       LAURA TAYLOR SWAIN
                                   Chief United States District Judge

2