UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KURELL BROWN,

              Plaintiff,

      -against-

JAHNAH FERGUSON, ET AL.,

            Defendants.

25cv9814 (LTS)

CIVIL JUDGMENT

For the reasons stated in the January 20, 2026, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States,* 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:    January 23, 2026
           New York, New York

                      /s/ Laura Taylor Swain
                      LAURA TAYLOR SWAIN
               Chief United States District Judge